KELLEY J. BEYOR et al., Appellants, v WAYNE J. PHIL-LIPS, Respondent. [600 NYS2d 655] —Order unanimously affirmed without costs *(see, Jordan v Britton,* 128 AD2d 315; *cf., Kramer v Griffin,* 156 AD2d 973). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Pine, Lawton, Boomer and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CARFORA, Appellant. [600 NYS2d 655] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Sirkin, J.—Burglary, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHIL C. LEWIS, Appellant. [600 NYS2d 655] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Yates County Court, Falvey, J.—Criminal Mischief, 3rd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY EADY, Appellant. [600 NYS2d 654] —Judgment unanimously affirmed. Memorandum: Defendant's contention that the trial court improperly substituted and dismissed a juror is not preserved for our review because defendant failed to object "at a time when the trial court could correct the claimed error" *(People v Hopkins,* 76 NY2d 872, 873; *see also, People v Besana,* 186 AD2d 1009, *lv denied* 80 NY2d 1025; *People v Burns,* 118 AD2d 864, 865). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.